UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC. et al.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>KRISTIN DANIELS,<br><br>　　　　Defendant(s).<br>_____/ | NO. CIV. S-06-0872 FCD/EFB<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

　　Pursuant to the representations of the plaintiff in the above action the court has determined that this case has settled.

　　In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before October 26, 2006.  All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

　　**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

　　**IT IS SO ORDERED**.

Dated: September 15, 2006

　　　　　　　　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　United States District Judge